

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2014

No. 04-14-00651-CV

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellants

v.

**LA SALLE COUNTY,** Texas; the Honorable Joel Rodriguez Jr., in his official capacity as
County Judge, La Salle County, Texas; and the Honorable Raul Ayala, in his official capacity as
County Commissioner, Precinct 4, La Salle County, Texas,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

## O R D E R

In this accelerated appeal, Appellants' brief was due to be filed on October 24, 2014. This court granted Appellants' first motion for extension of time to file the brief until November 24, 2014. On November 19, 2014, Appellants filed an unopposed second motion for extension of time to file the brief until December 3, 2014, for a total extension of forty days.

Appellants' motion is GRANTED. Appellants' brief must be filed with this court by December 3, 2014. *See* TEX. R. APP. P. 38.6(d). **No further extensions of time to file Appellants' brief will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court